✎ AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ NEVADA _____

UNITED STATES OF AMERICA

V.

APRIL ESCOBEDO

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER:   2:14-mj-0649-PAL

CHARGING DISTRICTS
CASE NUMBER:   CR14-1644TUC RCC (JR)

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____ District of _____ Arizona _____ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____ (Not Applicable) _____
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)

_____ U.S. District Court, District of Arizona _____ on _____ 10/08/2014 @ 2:00pm _____ .
*Date and Time*

_____
*Signature of Judge*

10/06/2014                                                  PEGGY A. LEEN, United States Magistrate Judge
*Date*                                                        *Name and Title of Judge*